IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH ARDELL SMITH,

        Plaintiff,

No. CIV S-10-1584 EFB

vs.

SOCIAL SECURITY ADMINISTRATION,

        Defendant.

ORDER

/

On June 23, 2010, defendant removed this action from Sacramento County Superior Court pursuant to 28 U.S.C. §§ 1441 and 1442, on the grounds that plaintiff "appears to dispute a decision made by the Social Security Administration concerning his Social Security benefits"; defendant is an agency of the United States; and 42 U.S.C. § 405(g) "reposes in the United States District Courts exclusive jurisdiction over claims based on decisions made by the Social Security Administration pertaining to Social Security benefits." Dckt. No. 1.

Also on June 23, 2010, the undersigned issued a scheduling order setting forth, among other things, deadlines for the parties to file motions for summary judgment. Dckt. No. 2. However, on August 23, 2010, defendant filed a motion to dismiss this action for lack of subject matter jurisdiction. Dckt. No. 5. Accordingly, the deadlines set forth in the June 23 scheduling

////

order are suspended[1] and the following briefing schedule issues:

    1. On or before September 27, 2010, plaintiff shall file an opposition or statement of non-opposition to defendant's motion to dismiss;

    2. On or before October 18, 2010, defendant may file a reply to any opposition filed by plaintiff; and

    3. Thereafter, the matter will stand submitted for decision.

SO ORDERED.

DATED: August 30, 2010.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] If defendant does not prevail on its motion to dismiss, the undersigned will set forth new deadlines for the parties to submit motions for summary judgment.