IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH ARDELL SMITH,

     Plaintiff,                    No. CIV S-10-1584 EFB

     vs.

SOCIAL SECURITY DEPARTMENT,     ORDER TO SHOW CAUSE

     Defendant.

        On June 23, 2010, defendant removed this action from Sacramento County Superior Court. Also on June 23, 2010, the undersigned issued a scheduling order setting forth, among other things, deadlines for the parties to file motions for summary judgment. Dckt. No. 2. However, on August 23, 2010, defendant filed a motion to dismiss this action for lack of subject matter jurisdiction. Dckt. No. 5. Therefore, on August 31, 2010, the undersigned issued an order suspending the deadlines set forth in the June 23 scheduling order and setting a briefing schedule on the motion to dismiss. Dckt. No. 7. Specifically, the August 31 order required plaintiff to file an opposition or a statement of non-opposition to defendant's motion to dismiss on or before September 27, 2010. *Id.*

        Court records reflect that although plaintiff filed a document on September 17, 2010 indicating that he "wish[es] to proceed" with his case, he has filed neither an opposition nor a

statement of non-opposition to defendant's motion to dismiss. Local Rule 183, governing persons appearing *in pro se*, provides that failure to comply with the Federal Rules of Civil Procedure and Local Rules may be ground for dismissal, judgment by default, or other appropriate sanction. Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." *See also Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) ("Failure to follow a district court's local rules is a proper ground for dismissal."). *Pro se* litigants are bound by the rules of procedure, even though pleadings are liberally construed in their favor. *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987).

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff shall show cause, in writing, no later than October 27, 2010, why sanctions should not be imposed for failure to timely file an opposition or a statement of non-opposition to the pending motion.

2. Plaintiff shall file an opposition to the motion, or a statement of non-opposition thereto, no later than October 27, 2010.

3. Failure of plaintiff to file an opposition will be deemed a statement of non-opposition to the pending motion, and may result in a recommendation that this action be dismissed for lack of prosecution. *See* Fed. R. Civ. P. 41(b).

4. Defendant may file a reply to plaintiff's opposition(s), if any, on or before November 17, 2010.

DATED: October 1, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE